UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHENGQUAN LIANG,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES et<br>al.,<br><br>        Defendants. | Case No. 2:26-cv-00203-SB-E<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed his complaint against Defendants on January 8, 2026.  On January 22, 2026, Plaintiff served Defendants.  *See* Dkt. No. 9.  Defendants failed to timely respond, and Plaintiff has not sought entry of default against Defendants. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than April 24, 2026, why his claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before April 24, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: April 17, 2026

_____
    Stanley Blumenfeld, Jr.
  United States District Judge

1